**Calvin HAMMOCK, Plaintiff–Appellant**

v.

**NASA HEADQUARTERS; Department of Defense; Space Exploration Technologies Space X; Apple; Blackberry (Curve) Corporation; Virgin Mobile; Mediacom WiFi; American Water Iowa; Unknown Defendants, Defendants–Appellees**

No. 16–1301

United States Court of Appeals, Eighth Circuit.

Submitted: October 3, 2016

Filed: October 4, 2016

Calvin Hammock, Pro Se.

Mary Clare Luxa, Assistant U.S. Attorney, U.S. Attorney's Office, Des Moines, IA, for Defendants–Appellees NASA Headquarters, Department of Defense.

Christopher Cardaci, Washington, DC, Cameron A. Davidson, Pappas & O'Connor, Rock Island, IL, for Defendant–Appellee Space Exploration Technologies Space X.

Philip A. Burian, Simmons & Perrine, Cedar Rapids, IA, for Defendant–Appellee Apple.

Todd M. Lantz, Mark E. Weinhardt, Weinhardt & Logan, Des Moines, IA, for Defendant–Appellee Blackberry (Curve) Corporation.

Espnola Cartmill, Kelsey J. Knowles, Michael R. Reck, Belin & McCormick, Des Moines, IA, for Defendant–Appellee Virgin Mobile.

Terri Combs, Faegre & Baker, Des Moines, IA, for Defendant–Appellee Mediacom WiFi.

Amanda A. James, Dennis L. Puckett, Sullivan & Ward, West Des Moines, IA, for Defendant–Appellee American Water Iowa.

Before LOKEN, BOWMAN, and MURPHY, Circuit Judges.

PER CURIAM.

Calvin Hammock appeals after the district court[1] dismissed his pro se complaint. Upon careful review, we find no reason to reverse the dismissal order because, among other reasons, we agree with the district court that Hammock failed to state a claim upon which relief may be granted. See Ashcroft v. Iqbal, 556 U.S. 662, 678, 129 S.Ct. 1937, 173 L.Ed.2d 868 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 570, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007); Kelly v. City of Omaha, 813 F.3d 1070, 1075 (8th Cir. 2016) (de novo review). Accordingly, the judgment of the district court is affirmed. See 8th Cir. R. 47B.

---

1. The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.